ORIGINAL



FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 17 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KELVIN BOLTON<br>ANTWUN JOHNSON<br>MARKUS ODOMES<br>WILLIE THOMAS<br>GUY BLACKSHEAR<br>DEIDRA ANDERSON<br>CLEON JOHNSON | Criminal Indictment<br><br>No. 1 22-CR-091<br><br><br><u>**UNDER SEAL**</u> |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown to the Grand Jury, and continuing to on or about March 17, 2022, in the Northern District of Georgia, and elsewhere, the defendants,

KELVIN BOLTON
ANTWUN JOHNSON
MARKUS ODOMES
WILLIE THOMAS
GUY BLACKSHEAR
DEIDRA ANDERSON and
CLEON JOHNSON

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and

intentionally possess with the intent to distribute controlled substances, said conspiracy involving:

- at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), as to KELVIN BOLTON and MARKUS ODOMES;

- at least 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), as to KELVIN BOLTON and GUY BLACKSHEAR;

- at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), as to ANTWUN JOHNSON, WILLIE THOMAS, DEIDRA ANDERSON and CLEON JOHNSON; and

- a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), as to GUY BLACKSHEAR;

all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about April 6, 2021, in the Northern District of Georgia, the defendants,

KELVIN BOLTON and
DEIDRA ANDERSON

2

aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving a mixture and substance containing at least 500 grams of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841 (b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Three

On or about June 2, 2021, in the Northern District of Georgia, the defendants,

KELVIN BOLTON and
GUY BLACKSHEAR

aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute controlled substances, said act involving:

- at least 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B); and

- a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C);

all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Four

On or about June 24, 2021, in the Northern District of Georgia, the defendant,

ANTWUN JOHNSON

aided and abetted by KELVIN BOLTON, and others known and unknown to the Grand Jury, did knowingly and intentionally distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Five

On or about June 24, 2021, in the Northern District of Georgia, the defendant,

ANTWUN JOHNSON

did knowingly possess a firearm, that is, a Taurus 9mm handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is to possess with the intent to distribute a controlled substance as described in Count Four of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Count Six

On or about June 24, 2021, in the Northern District of Georgia, the defendant,

ANTWUN JOHNSON

knowing that he had previously been convicted of the following felony offense: Possession with intent to distribute a controlled substance in or about 2014 in the Superior Court of Fayette County, Georgia; a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Taurus 9mm handgun, in violation of Title 18, United States Code, Section 922(g)(1).

### Count Seven

On or about June 24, 2021, in the Northern District of Georgia, the defendant,

KELVIN BOLTON

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving:

- at least 28 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B); and

- a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C);

all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**Count Eight**

On or about June 24, 2021, in the Northern District of Georgia, the defendant,

KELVIN BOLTON

did knowingly possess firearms, that is a Glock .40 handgun, a Century Arms AK-47 rifle, and a Sig Sauer MPX submachine gun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is to possess with the intent to distribute a controlled substance as described in Count Seven of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**Count Nine**

On or about June 24, 2021, in the Northern District of Georgia, the defendant,

KELVIN BOLTON

knowing that he had previously been convicted of the following felony offense: Possession with intent to distribute a controlled substance in or about 2006 in the Superior Court of Fulton County; a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one of the following firearms in and affecting interstate and foreign commerce, that is, one Glock .40 handgun, one Century Arms AK-47 rifle, and one Sig Sauer MPX submachine gun, all in violation of Title 18, United States Code, Section 922(g)(1).

### Count Ten

Beginning on a date unknown to the Grand Jury, and continuing to on or about March 17, 2022, in the Northern District of Georgia, the defendant,

KELVIN BOLTON

knowingly conspired and agreed with persons known and unknown to the Grand Jury to commit certain offenses under Title 18, United States Code, Section 1956, that is, to knowingly conduct and attempt to conduct financial transactions in and affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under a law of the United States, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of proceeds of said unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

### Counts Eleven and Twelve

On or about the dates set forth below, in the Northern District of Georgia, the defendant,

KELVIN BOLTON

aided and abetted by others known and unknown to the Grand Jury, did knowingly engage and attempt to engage in the following monetary transactions in criminally derived property of a value greater than $10,000, by, through, or to a financial institution, affecting interstate and foreign commerce, that is, the withdrawal of U.S. currency, such property having been derived from a specified unlawful activity, that is, the unlawful distribution of controlled substances:

| Count | Defendant | Date | Monetary Transaction |
|---|---|---|---|
| **Eleven** | KELVIN BOLTON | 6/28/2021 | $49,129.11 cashier's check made payable to A.F.G. |
| **Twelve** | KELVIN BOLTON | 6/30/2021 | $50,000.00 cashier's check made payable to L.L.B. & K.B. |

each in violation of Title 18, United States Code, Section 1957 and Section 2.

### Prior Conviction Notices

Before the defendant, KELVIN BOLTON, committed the offenses charged in Counts One, Two, Three, Four, and Seven of this Indictment, KELVIN BOLTON was convicted of trafficking in cocaine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before the defendant, ANTWUN JOHNSON, committed the offenses charged in Count One and Count Four of this Indictment, ANTWUN JOHNSON was convicted of

trafficking in cocaine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before the defendant, MARKUS ODOMES, committed the offense charged in Count One of this Indictment, MARKUS ODOMES was convicted of trafficking in cocaine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense

Before the defendant, WILLIE THOMAS, committed the offense charged in Count One of this Indictment, WILLIE THOMAS was convicted of trafficking in cocaine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before the defendant, CLEON JOHNSON, committed the offense charged in Count One of this Indictment, CLEON JOHNSON was convicted of trafficking in cocaine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before the defendant, CLEON JOHNSON, committed the offense charged in Count One of this Indictment, CLEON JOHNSON was convicted of murder, a serious violent felony, for which he served more than 12 months of imprisonment.

**Forfeiture**

Upon conviction of one or more of the offenses alleged in Counts One, Two, Three, Four, and Seven of this Indictment, the defendants, KELVIN BOLTON, ANTWUN JOHNSON, MARKUS ODOMES, WILLIE THOMAS, GUY BLACKSHEAR, DEIDRA ANDERSON, and CLEON JOHNSON, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses for which the defendants are convicted.

(b) CURRENCY

- $61,230.00 in United States currency seized on February 5, 2021
- $69,100.00 in United States currency seized on June 24, 2021
- $10,565.00 in United States currency seized on June 24, 2021
- $5,400.00 in United States currency seized on July 23, 2021
- Citizens Trust Bank official check number 317992 for $50,000.00

- Citizens Trust Bank official check number 318350 for $49,129.00

(c) REAL PROPERTY:

- 6371 Washington Street, Union City, Georgia 30291

**[Tax Parcel ID No.: 09F-1604-0077-007-6]**

All that tract or parcel of land lying and being in Land Lot 77 of the 9th District of Fulton County, Georgia, being more particularly described as follows:

- Beginning at an iron pin found at the point of intersection of Northwesterly right of way line of Washington Street (50-foot right of way) with the Westerly right of way line of Bryan Street: run thence Southwesterly along the Northwesterly right of way line of Washington Street 99.7 feet to an iron pin found, run thence Northerly, forming an interior angle of 64 degrees 42 minutes with the preceding course, 310.5 feet to an iron pin found, run thence Easterly, forming so interior angle of 85 degrees 06 minutes with the preceding course, 100.0 feet to an iron pin found on the Westerly right of way line of Bryon Street; run thence Southerly, along the Westerly right of way line of Bryan Street, forming an interior angle of 92 degrees 37 minutes with the preceding course, 260.0 feet to an iron pin found at the point of beginning.

(d) VEHICLES:

- 2016 Ford Transit 250, VIN 1FTYR1CM4GKB33212.

- 2012 Audi Q7, VIN WA1LMAFE1CD001790.

- 2009 Dodge Ram 1500 VIN: 1D3HB13T59J502137.

Upon conviction of one or more of the offenses alleged in Counts Five, Six, Eight, and Nine of this Indictment, the defendants, KELVIN BOLTON and ANTWUN JOHNSON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the offense.

Upon conviction of one or more of the offenses alleged in Counts Ten, Eleven, and Twelve of this Indictment, the defendant, KELVIN BOLTON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in the offenses, and any property traceable to such property, including but not limited to the following:

   (a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds the defendant obtained as a result of the offenses for which the defendant is convicted.

   (b) CURRENCY:

   - Citizens Trust Bank official check number 317992 for $50,000.00
   - Citizens Trust Bank official check number 318350 for $49,129.00

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461, to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A ___True___ BILL

_/s/ Delbrow T. Brunson_
FOREPERSON

KURT R. ERSKINE
  *United States Attorney*

_/s/ C. Brock Brockington_
C. BROCK BROCKINGTON
  *Assistant United States Attorney*
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303
Office:  (404) 581-6000
Fax:     (404) 581-6181
Georgia Bar No. 775084