# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION
# NO.: 1:22-cr-00091

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **ATTORNEY FOR** |
| | **DEFENDANT'S ENTRY OF** |
| v. | **APPEARANCE** |
| **CLEON JOHNSON,** | |
| Defendant. | |

**COMES NOW** Kenneth W. Sheppard, Esquire, and files this Attorney for Defendant's Entry of Appearance, and shows this Honorable Court and the United States that Kenneth W. Sheppard has been privately retained by Cleon Johnson, Defendant in the above-captioned action, and that henceforth Kenneth W. Sheppard is the attorney of record and counsel for and on behalf of said Defendant.

Respectfully submitted this 8th day of April, 2022.

KENNETH W. SHEPPARD, P.C.  
2182 Jane Court  
Smyrna, Georgia 30080  
Tel (770) 803-5105  
Fax (770) 803-5108  
Cel (404) 374-1579  
kennethwsheppardpc@gmail.com

s/ Kenneth W. Sheppard  
Kenneth W. Sheppard  
Georgia Bar No. 641958  
Attorney for Defendant  
Cleon Johnson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**
**NO.: 1:22-cr-00091**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CERTIFICATE OF SERVICE** |
| | **Fed.R.Crim.P. Rule 49** |
| v. | |
| **CLEON JOHNSON,** | |
| Defendant. | |

    **COMES NOW** Kenneth W. Sheppard, Attorney for Defendant, and certifies that on the below identified date said Attorney filed the foregoing **ATTORNEY FOR DEFENDANT'S ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

    C. Brock Brockington
    United States Attorney's Office
    75 Ted Turner Drive, Suite 600
    Atlanta, Georgia 30303

Respectfully submitted this 8th day of April, 2022.

| | |
|---|---|
| | s/ Kenneth W. Sheppard |
| KENNETH W. SHEPPARD, P.C. | Kenneth W. Sheppard |
| 2182 Jane Court | Georgia Bar No. 641958 |
| Smyrna, Georgia 30080 | Attorney for Defendant |
| Tel (770) 803-5105 | Cleon Johnson |
| Fax (770) 803-5108 | |
| Cel (404) 374-1579 | |
| kennethwsheppardpc@gmail.com | |